In the Matter of SILVIO A. LANZA, Appellant, against GEORGE J. RYAN et al., as Members of the Board of Education of the City of New York, et al., Respondents.

Submitted September 30, 1940; decided October 8, 1940.

*William C. Chanler, Corporation Counsel (Robert H. Schaffer* of counsel), for motion to dismiss and in opposition to motion for leave to appeal.

*Vito F. Lanza* for motion for leave to appeal and in opposition to motion to dismiss.

Motion to dismiss appeal granted and appeal dismissed, with costs and ten dollars costs of motion.

Motion for leave to appeal denied, with ten dollars costs and necessary printing disbursements, on the ground that the order is interlocutory.